## JUAN BERTRAN Y CASAÑAS ET AL.
### *v.*
## MULLENHOFF & KORBER ET AL.

---

Equity, No. 315.

The summary proceedings for the foreclosure of mortgages, provided by

Bertran y Casañas v. Mullenhoff & Korber.

the mortgage law of Porto Rico, are not conclusive as to the rights
of third persons with relation to the mortgaged property; and there-
fore an adjudication under said procedure cannot operate, either as
an estoppel or by way of *res judicata*, to defeat an action brought by a
holder of a second mortgage to secure a marshaling of assets.

Opinion filed December 23, 1905.

*Messrs. Hartzell & Rodriguez,* solicitors for plaintiffs.

*Messrs. Hermino Diaz* and *Cayetano Coll y Cuchi,* solicitor
for defendants.

McKENNA, Judge, delivered the following opinion:

This cause has been argued and submitted upon the demur-
rers of Manuel Argueso and his wife, Ernestina Frias y Noya.

All the grounds of said demurrers, except that of *res judicata,*
were raised in the demurrer of Mullenhoff & Korber, hereto-
fore decided herein; and said grounds of demurrer are over-
ruled for the reasons more specifically set out in said former de-
murrer, to which defendants Argueso and wife except.

The ground of demurrer raising the question of *res judicata,*
urged as a bar to the complainants' right to maintain this bill,
has been fully considered; and a careful examination of the
authorities as applied to the allegations of the bill satisfies the
court that the recovery and judgment and execution of the.
district court of Humacao will not avail to defeat complainants'
right to maintain the action.

Article 175 of the regulations for the executions of the
mortgage law characterizes foreclosure proceedings thereunder
as "summary proceedings," and provides that they shall be
*ex parte* in their nature, and more esepcially so, by the terms of

Bertran y Casañas v. Mullenhoff & Korber.

the provisions, as to the rights of third parties, which the complainants in this case would have been. It follows that, not having been parties to said foreclosure suit, and specifically prohibited by the terms of the law from intervening as their interests might appear under the allegations of the bill, said foreclosure decree cannot, therefore, be conclusive on the complainants to this suit. This would be the case, even though the complainants did not set up a charge of fraud and collusion between the complainants and defendants in said foreclosure proceedings in the conduct of said suit in said execution and sale in the district court of Humacao; for which reason the court overrules the demurrer setting up the question of *res judicata,* to which said defendants Manuel Argueso and his wife except. Said defendants are given until the next rule day to plead.